IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CR-22-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEQUAYVES DEMONDRE BRITT, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant is no longer housed in Virginia and is now housed in Bladen County, North Carolina. Thus, the court DISMISSES as moot defendant's motion to transfer [D.E. 52].

SO ORDERED. This 4 day of January 2021.

JAMES C. DEVER III
United States District Judge