UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:20-CR-22-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER TO SEAL |
| | ) |
| JEQUAYVES DEMONDRE BRITT, | ) |
| Defendant. | ) |
| | ) |

Upon motion of the defendant, by and through counsel, it is hereby ORDERED that

docket entry No. 125 and its accompanying Order be sealed.

SO ORDERED this **20** day of July, 2022.

THE HONORABLE JAMES DEVER III.
UNITED STATES DISTRICT COURT JUDGE